JH

**FILED**

J .N

APR 2 7 2007

APR. 27, 2007

MICHAEL W. DOBBINS

CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MAXINE HORTON, individually and )
on behalf of a class of similarly situated )
persons, )
    )
    Plaintiff, )
    )
    )    07cv2363
v.    )    JUDGE DARRAH
    )    MAG. JUDGE BROWN
COLLECTO, INC., d/b/a/ )
COLLECTION COMPANY )
OF AMERICA, )
    )
    Defendant. )

### COMPLAINT – CLASS ACTION

### INTRODUCTION

1.    Plaintiff, Maxine Horton ("Plaintiff"), individually and on behalf of a class, brings this action to secure redress against an unlawful collection practice engaged in by the Collecto, Inc., d/b/a Collection Company of America ("CCA"). Plaintiff alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 – 1692o, ("FDCPA"), on behalf of herself for CCA's failure to cease contact after CCA was notified that she was represented by counsel and based on CCA's form letter that states it is making a "FINAL SETTLEMENT OFFER" and "This will be the final opportunity before our client takes further collection activity on the account" when in fact these statements are false. The FDCPA is broad in its prohibition of unfair or unconscionable collections methods including the use of any false, deceptive or misleading statements in connection with the collection of a debt. Furthermore, "It is the purpose of [the FDCPA] to eliminate abusive debt collection practices by debt collectors, to

insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged. . . ." 15 U.S.C. § 1692(e).

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k (FDCPA).

3.     Venue and personal jurisdiction over Defendant in this District is proper because:

   a.     Plaintiff resides in the District;

   b.     Defendant conduct business in the District via the US Mail and by telephone; and

   c.     Defendant maintains an office within the District. Exhibit 1, Exhibit 2, Exhibit 3, and Exhibit 4 contain the telephone number 1-708-342-2370.  According to CCA's website this telephone number is operated by CCA's Midwest Regional Center in Tinley Park, Illinois. *http://www.collecto.com/CCA_Contact_Us.htm.*

## PARTIES

4.     Plaintiff is an individual who resides in the Northern District of Illinois.

5.     CCA's principal place of business is located in Norwell, Massachusetts.  For service of process CCA's registered agent and address in Illinois is Steven Masters, 8231 W. 185th Street, Tinley Park, Illinois, 60477.

6.     CAA is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

2

## FACTS

7.      On or about December 14, 2006, CAA sent or caused to be sent Exhibit 1 to Plaintiff.

8.      On or about January 12, 2007, CAA was sent via US Mail a letter from an attorney representing Plaintiff in regard to the purported debt that, in part, instructed CAA to "cease all further collection activities." On information and belief, CAA received this letter.

9.      On or about February 2, 2007, CAA sent or caused to be sent Exhibit 2 to Plaintiff.

10.      Exhibit 2 states, in part, that it is CAA's "FINAL SETTLEMENT OFFER".

11.      Exhibit 2 states, in part that, "This will be the final opportunity before our client takes further collection activity on the account."

12.      On or about February 26, 2007, CAA sent or caused to be sent Exhibit 3 to Plaintiff.

13.      Exhibit 3 states that it is CAA's "FINAL SETTLEMENT OFFER".

14.      Exhibit 3 states, in part that, "This will be the final opportunity before our client takes further collection activity on the account."

15.      On or about April 16, 2007, CAA sent or caused to be sent Exhibit 4 to Plaintiff.

16.      Exhibit 2, Exhibit 3 and Exhibit 4, both relate to the same purported debt.

17.     The purported debt referenced in Exhibit 1, Exhibit 2, Exhibit 3

and Exhibit 4 was incurred for personal, family, or household purposes.

## COUNT I - INDIVIDUAL CLAIM
## FDCPA - FAILURE TO CEASE COMMUNICATIONS

18.     Plaintiffs incorporates and re-alleges paragraphs 1-17 above.

19.     Section 1692c, Communications in connection with debt

collection, in pertinent part, provides:

> (a) COMMUNICATION WITH THE CONSUMER GENERALLY.
> Without the prior consent of the consumer given directly to the debt
> collector or the express permission of a court of competent jurisdiction, a
> debt collector may not communicate with a consumer in connection with
> the collection of any debt –
>
> * * *
>
> (2) if the debt collector knows the consumer is represented by an attorney
> with respect to such debt and has knowledge of, or can readily ascertain,
> such attorney's name and address, unless the attorney fails to respond
> within a reasonable period of time to a communication from the debt
> collector or  unless the attorney consents to direct communication with the
> consumer; 15 U.S.C. §§ 1692c(a), (a)(2).

20.     CCA'S conduct violated Section 1692c(a)(2).

## COUNT II - CLASS CLAIM
## FDCPA - 15 U.S.C. §§ 1692e, e(10) VIOLATIONS

21.     Plaintiff incorporates paragraphs 1-17 above.

22.     15 U.S.C § 1692e, in pertinent part, provides:

> A debt collector may not use any false, deceptive, or misleading
> representation or means in connection with the collection of any
> debt. Without limiting the general application of the foregoing, the
> following conduct is a violation of this section:
>
> * * *

4

(10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

23.     Exhibit 2's statement that it is a "FINAL SETTLEMENT OFFER" is false.

24.     Exhibit 2's statement that, "This will be the final opportunity before our client takes further collection activity on the account" is false.

24.     Exhibit 3's statement that it is a "FINAL SETTLEMENT OFFER" is false.

24.     Exhibit 3's statement that, "This will be the final opportunity before our client takes further collection activity on the account" is false.

25.     Exhibit 2 created a false sense of urgency to resolve the debt.

26.     Exhibit 3 created a false sense of urgency to resolve the debt

27.     CCA violated 15 U.S.C §§ 1692e, e(10).

## CLASS ALLEGATIONS

28.     Plaintiff brings this action on behalf of a class comprised of all natural persons with Illinois addresses who were sent a letter in the form of Exhibit 2 followed by another letter from Collection Company of America making another offer of settlement on the same alleged debt during a period beginning on a date one year prior to the filing of the Complaint to the date of the filing of the Complaint. Excluded from the class are persons whose debt sought to be collected upon was not incurred for personal, family or household purposes.

29.     There are questions of law and fact common to the members of the class, which common questions predominate over any questions that affect only individual class members.

30.     The predominate question is whether letters in the form of Exhibit 2 followed by another letter making an offer of settlement on the same debt are false in violation of 15 U.S.C. §§ 1692e, e(10).

31.     Plaintiff's claims are typical of the claims of the class members. All are based on the same factual and legal theories.

32.     Exhibit 2 is a form letter, the name of the recipient, the recipient's address and account information changes from letter to letter but the body of the text does not.

33.     The class is so numerous that joinder of all members is impractical.

34.     Plaintiff will fairly and adequately represent the members of the class.

35.     Plaintiff has retained experienced counsel in FDCPA matters and other consumer related class action litigation.

36.     A class action is superior for the fair and efficient adjudication of this matter in that:

a.      Consumers may not be aware that Exhibit 2 followed by another offer of settlement in regard to the same debt sought violates the FDCPA;

b.      Individual actions are not economical; and

6

c.     Congress contemplated class actions as a means of

enforcing the FDCPA.

**WHERFORE**, Plaintiff requests this Honorable Court to enter judgment in favor

of Plaintiff and the class and against Defendant for:

(1)     Statutory damages for Plaintiff;

(2)     Statutory damages for the class in an amount not to exceed the

lesser of $500,000 or 1% of Defendant's net worth;

(3)     Attorney's fees, litigation expenses and costs of suit; and

(4)     Such other relief as the Court deems proper.

Respectfully submitted,

Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
Millennium Park Plaza
151 N. Michigan Ave. 37th Floor - 3714
Chicago, Illinois 60601
(312) 238-9820 (TEL)
*For Plaintiff and the Class*

**JURY DEMAND**

Plaintiff demands trial by jury.

Respectfully submitted,

Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
Millennium Park Plaza
151 N. Michigan Ave. 37th Floor - 3714
Chicago, Illinois 60601
(312) 238-9820 (TEL)
*For Plaintiff and the Class*

7

# EXHIBIT 1



**CCA**

Collection Company of America

December 14, 2006

PO BOX 806
NORWELL MA 02061-0806
Phone Number : 1-708-342-2370
Toll Free : 1-877-384-0290

**Office Hours :**

Monday - Thursday 8:00AM - 9:00 PM CT
Friday 8:00AM - 5:00 PM CT
Saturday 8:00AM - 12:00 PM CT

## *** FIRST NOTICE ***

RE : Your Account with our client : at&t
Client Reference # : REDACTED
CCA Account # : 15-8932761

| | |
|---|---|
| Principal : | $ 361.69 |
| Charges : | $ 0.00 |
| Other Accounts : | $ 0.00 |
| **Total Due :** | **$ 361.69** |

Your account has been placed with us for collection. This is a demand for payment of your debt. We urge you to remit payment to our office, unless you dispute this debt. If you dispute this debt, please see the reverse side of this notice for important rights.

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit bureau report.

To make an automated payment via your touch tone phone, please call 866-294-0331 or to make a secure, on-line payment via the web, please visit www.paymybill.com. When prompted, please enter your User ID and Password as provided below.

User ID: 1236637      Password: 158932761

If you feel that you have been a victim of Theft of Identity, please notify CCA at 1-877-384-0290 or at&t at 866-223-2720.

## PLEASE SEE REVERSE SIDE FOR IMPORTANT RIGHTS

✂ Detach Bottom Portion And Return With Payment ✂

07001

CCA
PO BOX 806
NORWELL MA 02061-0806
FORWARD SERVICE REQUESTED

If you wish to pay by VISA or MasterCard, fill in the information below and return.

Credit Card Number        Check One: ☐ *VISA* ☐

Payment Amount: $          Expiration Date: /

Card Holder Name        Signature of Card Holder        Date

PERSONAL & CONFIDENTIAL
S-ONCCOA15 L-001 A-15-8932761-07
P07TD300217562 I28364
MAXINE HORTON

REDACTED

MAIL PAYMENT TO:
07001

CCA
PO BOX 806
NORWELL MA 02061-0806

| Account # : 15-8932761 | Client Reference # : REDACTED | Total Due : $ 361.69 |
|---|---|---|

Client : at&t

## FEDERAL LAW

Unless you dispute the validity of this debt, or any portion thereof, within thirty days after receipt of this notice, we shall assume the debt to be valid. If you notify us in writing of your dispute within this thirty-day period, we will obtain verification of the debt, or a copy of a judgment against you, and a copy of such verification or judgment will be mailed to you. Upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

# EXHIBIT 2

# FCCA

**Collection Company of America**

February 2, 2007

PO BOX 806
NORWELL MA 02061-0806
Phone Number : 1-708-342-2370
Toll Free : 1-877-384-0290

**Office Hours :**

| | |
|---|---|
| Monday - Thursday | 8:00AM - 9:00 PM CT |
| Friday | 8:00AM - 5:00 PM CT |
| Saturday | 8:00AM - 12:00 PM CT |

## *** PAST DUE BALANCE ***

RE : Your Account with our client : at&t

Client Reference # :     REDACTED
CCA Account # : 15-8932761

| | |
|---|---:|
| Principal : | $ 361.69 |
| Charges : | $ 0.00 |
| Other Accounts : | $ 0.00 |
| **Total Due :** | **$ 361.69** |

### *** FINAL SETTLEMENT OFFER ***

Lump Sum Settlement............ 1 Payment of $ 289.35 (For a Total of $ 289.35)

Our client has authorized this resolution to your balance due. Simply check the settlement plan box below and send in the payment no later than 02/21/07.

This will be the final opportunity before our client takes further collection activity on the account.

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

To make an automated payment via your touch tone phone, please call 866-294-0331 or to make a secure, on-line payment via the web, please visit www.paymybill.com. When prompted, please enter your User ID and Password as provided below.

User ID: 1236637     Password: 158932761

If you feel that you have been a victim of Theft of Identity, please notify CCA at 1-877-384-0290 or at&t at 866-223-2720.

---

07169

✂  Detach Bottom Portion And Return With Payment  ✂

CCA
PO BOX 806
NORWELL MA 02061-0806
FORWARD SERVICE REQUESTED

If you wish to pay by VISA or MasterCard, fill in the information below and return.

Credit Card Number     Check One: ☐ **VISA** ☐ ⬤

Payment Amount: $

Expiration Date: /

Card Holder Name     Signature of Card Holder     Date

PERSONAL & CONFIDENTIAL
S-ONCCOA15 L-169 A-15-8932761-07
P08LNM00206726 I06727
MAXINE HORTON

REDACTED

MAIL PAYMENT TO:

07169

CCA
PO BOX 806
NORWELL MA 02061-0806

Check here for (1) payment of $289.35 due by 02/21/07.

| Account # : 15-8932761 | Client Reference # · REDACTED | Total Due : $ 361.69 |
|---|---|---|
| Client : at&t | | |

# EXHIBIT 3



# CCA
### Collection Company of America

February 26, 2007

PO BOX 806
NORWELL MA 02061-0806
Phone Number : 1-708-342-2370
Toll Free : 1-877-384-0290

**Office Hours :**

| | | |
|---|---|---|
| Monday - Thursday | 8:00AM - 9:00 PM CT | |
| Friday | 8:00AM - 5:00 PM CT | |
| Saturday | 8:00AM - 12:00 PM CT | |

## *** PAST DUE BALANCE ***

RE : Your Account with our client : at&t
Client Reference # : REDACTED
CCA Account # : 15-8932761

| | |
|---|---|
| Principal : | $ 361.69 |
| Charges : | $ 0.00 |
| Other Accounts : | $ 0.00 |
| **Total Due :** | **$ 361.69** |

### *** FINAL SETTLEMENT OFFER ***

Lump Sum Settlement............. 1 Payment of $ 235.10 (For a Total of $ 235.10)

Our client has authorized this resolution to your balance due. Simply check the settlement plan box below and send in the payment no later than 03/16/07.

This will be the final opportunity before our client takes further collection activity on the account.

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

To make an automated payment via your touch tone phone, please call 866-294-0331 or to make a secure, on-line payment via the web, please visit www.paymybill.com. When prompted, please enter your User ID and Password as provided below.

User ID: 1236637    Password: 158932761

If you feel that you have been a victim of Theft of Identity, please notify CCA at 1-877-384-0290 or at&t at 866-223-2720.

---

07167

CCA
PO BOX 806
NORWELL MA 02061-0806
FORWARD SERVICE REQUESTED

✂ Detach Bottom Portion And Return With Payment ✂

If you wish to pay by VISA or MasterCard, fill in the information below and return.

Credit Card Number        Check One:  ☐ VISA  ☐

Payment Amount  $          Expiration Date:     /

Card Holder Name        Signature of Card Holder        Date

PERSONAL & CONFIDENTIAL
S-ONCCOA15 L-167 A-15-8932761-07
P08ZWH00414846 I14848
MAXINE HORTON

REDACTED

MAIL PAYMENT TO:
07167

CCA
PO BOX 806
NORWELL MA 02061-0806

check here for (1) payment of $235.10 due by 03/16/07

| Account # :<br>15-8932761 | Client Reference # ·<br>REDACTED | Total Due :<br>$ 361.69 |
|---|---|---|

# EXHIBIT 4



**CCA**

Collection Company of America

April 16, 2007

PO BOX 806
NORWELL MA 02061-0806
Phone Number : 1-708-342-2370
Toll Free : 1-877-384-0290

**Office Hours :**
Monday - Thursday 8:00AM - 10:00 PM CT
Friday         8:00AM - 5:00 PM CT
Saturday      8:00AM - 12:00 PM CT

## *** PAST DUE BALANCE ***

RE : Your Account with our client : at&t
Client Reference # :       REDACTED
CCA Account # : 15-8932761

| | |
|---|---|
| Principal : | $ 361.69 |
| Charges : | $ 0.00 |
| Other Accounts : | $ 0.00 |
| **Total Due :** | **$ 361.69** |

### *** FINAL SETTLEMENT OFFER ***

Lump Sum Settlement............ 1 Payment of $ 180.85 (For a Total of $ 180.85)

Our client has authorized this resolution to your balance due. Simply check the settlement plan box below and send in the payment no later than 05/04/07.

This will be the final opportunity before our client takes further collection activity on the account.

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

To make an automated payment via your touch tone phone, please call 866-294-0331 or to make a secure, on-line payment via the web, please visit www.paymybill.com. When prompted, please enter your User ID and Password as provided below.

User ID: 1236637     Password: 158932761

If you feel that you have been a victim of Theft of Identity, please notify CCA at 1-877-384-0290 or at&t at 866-223-2720.

07170

✂ Detach Bottom Portion And Return With Payment ✂

CCA
PO BOX 806
NORWELL MA 02061-0806
FORWARD SERVICE REQUESTED

If you wish to pay by VISA or MasterCard, fill in the information below and return.

Credit Card Number     Check One: ☐ VISA ☐ [MasterCard]

Payment Amount: $     Expiration Date: /

Card Holder Name     Signature of Card Holder     Date

PERSONAL & CONFIDENTIAL
S-ONCCOA15 L-170 A-15-8932761-07
P09V3300202139 I02140
MAXINE HORTON

REDACTED

MAIL PAYMENT TO:
07170

CCA
PO BOX 806
NORWELL MA 02061-0806

☐ Check here for (1) payment of $180.85 due by 05/04/07.

| Account # :
15-8932761 | Client Reference # :
REDACTED | Total Due :
$ 361.69 |
|---|---|---|