IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAXINE HORTON, individually and on behalf of a class of similarly situated persons, | ) ) ) ) | 07 C 2363 |
| Plaintiff, | ) ) ) | Judge Darrah |
| v. | ) ) | Magistrate Judge Brown |
| COLLECTO, INC., d/b/a/ COLLECTION COMPANY OF AMERICA, | ) ) ) ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL

This matter is dismissed with prejudice as to Plaintiff only, without prejudice to the putative class.

ENTERED: _____
Hon. John W. Darrah
United States District Court Judge

DATE: 9-11-07